**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| JAIME REBORN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UNIVERSTY OF PHOENIX, APOLLO GROUP and DOES 1-40,<br><br>　　　　　　Defendants. | 2:13-cv-00864-RFB-VCF<br><br>**ORDER** |

　　　Before the court is Plaintiff's Request to Attend Settlement Conference Via Telephonic Visitation (#51).

　　　IT IS HEREBY ORDERED that any opposition to Plaintiff's Request to Attend Settlement Conference Via Telephonic Visitation (#51) must be filed by November 9, 2015.  No reply necessary.

　　　DATED this 2nd day of November, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE