**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| JAIME REBORN, | |
|---|---|
| Plaintiff, | 2:13-cv-00864-RFB-VCF |
| vs. | **ORDER** |
| UNIVERSITY OF PHOENIX, APOLLO GROUP, | |
| Defendant. | |

The court has reviewed Plaintiff's Request to Attend Settlement Conference Via Telephone (#51) and Defendants' Opposition (#53).

Normally, the chances of a successful settlement conference are low if a party participates by telephone. Here, the court understands Plaintiff's situation and grants Plaintiff's motion to participate by telephone with the condition that plaintiff must participate by video conference.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Request to Attend Settlement Conference Via Telephone (#51) is GRANTED with the following condition:

Plaintiff must choose to participate either by Skype or by FaceTime. If Plaintiff chooses to use Skype, he must provide to chambers an email address associated with a Skype account. For FaceTime, Plaintiff must provide to chambers a cell phone number affiliated with a FaceTime account. This information must be disclosed to chambers at (702) 464-5540 by noon, November 17, 2015.

The Clerk of Court is directed to email a copy of this Order to Plaintiff Jaime Reborn at jaimereborn@yahoo.com.

DATED this 13th day of November, 2015.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE