UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JAIME REBORN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF PHOENIX, *et al.*,<br><br>　　　　　　Defendants. | 2:13-cv-00864-RFB-VCF<br>**ORDER** |

　　　Defendants seek guidance in drafting language for a possible settlement agreement.

　　　According, and for good cause appearing,

　　　IT IS HEREBY ORDERED that an in-chambers telephonic hearing with all parties is scheduled for 11:00 a.m., December 23, 2015.  The court has provided Defendants with call-in instructions for the hearing.  For the telephonic hearing, Defendants must call Mr. Reborn then call the court at 702-464-5540.

　　　DATED this 17th day of December, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE