Paul Swen Prior
Nevada Bar No. 9324
Justin A. Shiroff
Nevada Bar No. 12869
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: sprior@swlaw.com
jshiroff@swlaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Jaime Reborn,<br><br>                    Plaintiff,<br><br>v.<br><br>University of Phoenix, Apollo Group and Does 1-40<br><br>                    Defendants. | Case No: 2:13-cv-00864-RFB-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff Pro Se Jaime Reborn and Defendants Apollo Group, Inc. and University of Phoenix, Inc., by and through their counsel, Snell & Wilmer L.L.P., hereby stipulate and agree that this case be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED this 7th day of March, 2016.           DATED this 7th day of March, 2016.

SNELL & WILMER L.L.P.

By: */s/ Paul Swen Prior*                                By: */s/ Jaime Reborn*
    Paul Swen Prior                                          Jaime Reborn
    Nevada Bar No. 9324                                      1128 E. Cannon Ave
    Justin A. Shiroff                                        Fort Worth, TX 76104
    Nevada Bar No. 12869                                     Telephone: (702) 773-2642
    3883 Howard Hughes Pkwy, Ste. 1150                       E-mail: jaimereborn@yahoo.com
    Las Vegas, NV 89169                                      *Plaintiff Pro Se*
    *Attorneys for Defendants*

2:13-cv-00864-RFB-VCF

**<u>ORDER</u>**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this case (*Reborn and Defendants Apollo Group, Inc. and University of Phoenix, Inc.*), be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED: March 15, 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** by the method indicated below:

| | | | |
|---|---|---|---|
| XXXXX | CM/ECF | _____ | E-Mail |
| XXXXX | U.S. Mail | _____ | Federal Express |
| _____ | Facsimile Transmission | _____ | Hand Delivery |
| _____ | Electronic Service | | |

and addressed to the following:

Jaime Reborn
1128 E. Cannon Ave.
Fort Worth, TX 76104
Telephone: (702) 773-2642
E-mail: jaimereborn@yahoo.com
*Plaintiff Pro Se*

DATED this 7th day of March, 2016.

/s/ *Maricris Williams*
An Employee of Snell & Wilmer L.L.P.

23275102